UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 14CR10103 |
| v. ) | |
| ) | VIOLATIONS: |
| SHAWN CRAIG, ) | 18 U.S.C. § 922(g)(1) -- |
|    a/k/a "Shawn Dillon," ) |    Felon in Possession of |
|    a/k/a "Shizz," ) |    Firearm and Ammunition |
| ) | 18 U.S.C. § 924(d) and |
| ) | 28 U.S.C. § 2461(c) -- |
| ) |    Forfeiture Allegations |

## INDICTMENT

The Grand Jury charges that:

**COUNT ONE:** (18 U.S.C. § 922(g)(1) -- Felon in Possession of Firearm and Ammunition)

On or about March 21, 2014, at Revere, in the District of Massachusetts,

**SHAWN CRAIG, A/K/A "SHAWN DILLON," A/K/A "SHIZZ,"**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm and ammunition, to wit: a Firearms Import and Export ("FIE"), model Titan Tiger, .38 caliber pistol, with an obliterated serial number, and three rounds of .38 caliber ammunition manufactured by Winchester and one round of .38 caliber ammunition manufactured by the Federal Cartridge Co.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

### (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The Grand Jury further charges that:

1. Upon conviction of the offense alleged in Count One of this Indictment,

**SHAWN CRAIG, A/K/A "SHAWN DILLON," A/K/A "SHIZZ,"**

the defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

   (a) a Firearms Import and Export ("FIE"), model Titan Tiger, .38 caliber pistol, with an obliterated serial number;

   (b) three rounds of .38 caliber ammunition manufactured by Winchester; and

   (c) one round of .38 caliber ammunition manufactured by the Federal Cartridge Co.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant -

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

    (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated in 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

/s/ Krista M. Scebas
FOREPERSON OF THE GRAND JURY

/s/ Mark Vlapi
PETER K. LEVITT
CHRISTOPHER POHL
Assistant U.S. Attorneys

DISTRICT OF MASSACHUSETTS          April 16, 2014

Returned into the District Court by the Grand Jurors and filed.

/s/ Maria Belpedio
Deputy Clerk

2:55 p.