```
                                       FILED
             UNITED STATES DISTRICT|CLERKS OFFICE
                  DISTRICT OF MASSACHUSETTS
                                   2014 NOV 18  AM 9 53    14cr10103
UNITED STATES OF AMERICA    )    Cr. No.
                            )        U.S. DISTRICT COURT
     v.                     )          DISTRICT OF MASS.
                            )    VIOLATIONS:
                            )    18 U.S.C. §922(k)--
SHAWN CRAIG,                )      Possession of a Firearm with
     a/k/a "Shawn Dillon,"  )      an Obliterated Serial Number
     a/k/a "Shizz,"         )    18 U.S.C. §922(j)--
                            )      Possession of Stolen Firearm
                            )    18 U.S.C. §924(d);
                            )    28 U.S.C. §2461(c)--
                            )      Forfeiture Allegations
```

## SUPERSEDING INFORMATION

**COUNT ONE:**   (18 U.S.C. §922(k)--Possession of a Firearm with an Obliterated Serial Number)

The United States Attorney charges that:

On or about March 21, 2014, at Revere, in the District of Massachusetts,

**SHAWN CRAIG, A/K/A "SHAWN DILLON," A/K/A "SHIZZ,"**

the defendant herein, knowingly received and possessed a firearm, to wit: a Firearms Import and Export ("FIE"), model Titan Tiger, .38 caliber pistol, which had the importer's and manufacturer's serial number removed, obliterated, and altered, and which had previously been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(k).

**COUNT TWO:      (18 U.S.C. §922(j)--Possession of a Stolen Firearm)**

The United States Attorney further charges that:

On or about March 21, 2014, at Revere, in the District of Massachusetts,

**SHAWN CRAIG, A/K/A "SHAWN DILLON," A/K/A "SHIZZ,"**

the defendant herein, did knowingly possess a stolen firearm, to wit:  a Firearms Import and Export ("FIE"), model Titan Tiger, .38 caliber pistol, which firearm had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

All in violation of Title 18, United States Code, Section 922(j).

## FORFEITURE ALLEGATION

## (18 U.S.C. §924(d) and 28 U.S.C. §2461(c))

The United States Attorney further charges that:

1. Upon conviction of either of the offense alleged in Counts One and Two of this Superseding Information,

**SHAWN CRAIG, A/K/A "SHAWN DILLON," A/K/A "SHIZZ,"**

the defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), all firearms and ammunition involved in the commission of those offenses, including but not limited to the following:

(a) a Firearms Import and Export ("FIE"), model Titan Tiger, .38 caliber pistol, with an obliterated serial number;

(b) three rounds of .38 caliber ammunition manufactured by Winchester; and

(c) one round of .38 caliber ammunition manufactured by the Federal Cartridge Co.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant -

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. §853(p), as incorporated in 28 U.S.C. §2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

                                    CARMEN M. ORTIZ

                                    United States Attorney,

By:   /s/ Peter K. Levitt
     PETER K. LEVITT
     Assistant U.S. Attorney

November 18, 2014